

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 30, 2024

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



> **Re:**  *United States v. Richard Cruz*, 24 Cr. 594 (KPF)

Dear Judge Failla:

The Government writes respectfully with the consent of defense counsel to request an approximate two-week adjournment of sentencing in this matter, currently scheduled for January 15, 2025. The undersigned is scheduled to begin trial before the Honorable Jesse M. Furman on January 13, 2025. Due to the undersigned's principal involvement in this prosecution and the facts thereof, the undersigned believes it would benefit the Court to attend the proceeding and represent the Government at sentencing. However, other counsel for the Government can cover the proceeding on January 15, 2025, if the Court prefers. Counsel for the defendant consents to this adjournment request, and the parties are available the weeks of January 27, February 3 and February 17, 2025.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By: _____
Jeffrey W. Coyle
Assistant United States Attorney
Southern District of New York
(212) 637-2437
Jeffrey.Coyle@usdoj.gov

Application GRANTED.  The sentencing currently scheduled for January 15, 2025, is adjourned to **January 30, 2025, at 3:00 p.m.**  Defendant's sentencing submission is due two weeks prior to sentencing.  The Government's sentencing submission is due one week prior to sentencing.

The Clerk of Court is directed to terminate the pending motion at docket entry 48.

Dated:      December 30, 2024          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE