UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-v-<br><br>RICHARD CRUZ,<br><br>                    Defendant. | Docket No. 24-CR-594(KPF)<br><br>**ORDER GRANTING DEFENDANT PERMISSION TO TRAVEL** |

**THIS MATTER** having come before the Court upon the application of the defendant Richard Cruz, made by his attorneys, Mandelbaum Barrett, P.C. (Stacey E. Zyriek Enriquez, Esq., appearing), on notice to the United States of America (Jeffrey W. Coyle, AUSA, appearing) (the "Government"), and on notice to Pretrial Services (Dominique Jackson, Pretrial Services Officer), for permission to travel to Orlando, Florida from March 19, 2025, through March 26, 2025, for purposes of taking his daughter to Disney World;

**IT IS** on this 28th day of February, 2025,

**ORDERED** that Richard Cruz is permitted to travel to Orlando, Florida from March 19, 2025, through March 25, 2025.

**IT IS FURTHER ORDERED** that all other conditions of pretrial release shall remain in place.

```
        The Clerk of Court is directed to terminate the pending
motion at docket entry 58.
```

Dated:    February 28, 2025
          New York, New York

_____
The Hon. Katherine Polk Failla
United States District Judge